AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jimmy Horton, Jr. | ) | 1:21-cr-10002 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____3/14/2020_____ in the county of _____Henry_____ in the _____Western_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18: 00922(g)(1) | Convicted felon in possession of a firearm |
| 18: 00924(c) | Possession of a firearm in furtherance of a drug trafficking crime |
| 21: 00841(a)(1) | Possession of over 50 grams of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

See affidavit of TFO Adam Prince, DEA, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Adam Prince, DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____01/08/2021_____

s/Jon A. York
_____
*Judge's signature*

City and state: _____Jackson, Tennessee_____    Hon. Jon A. York, United States Magistrate Judge
_____
*Printed name and title*